IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DAVID A. DESHLER, | ) No. CIV 04-1554 PCT MEA |
| Plaintiff, | ) |
| | ) **TAXATION OF COSTS ORDER** |
| vs. | ) |
| PINON UNIFIED SCHOOL DISTRICT, | ) |
| Defendant. | ) |
| | ) |

Final judgment having been entered, Defendant filed a Bill of Costs on April 20, 2006, seeking the taxation of $973.00. The matter has been reviewed and costs have been awarded as follows.

    1.    <u>Court Reporter Fees</u> - Pursuant to Local Rule LRCiv 54.1 (e)(3), of the $853.00 claimed, only $628.00 is allowed. (No Per Diem or E-Trans allowed.)

    2.    <u>Witness Fees</u> - The $120.00 claimed is allowed.

It is therefore ordered that $748.00 be taxed by the Clerk and made a part of the judgment.

DATED this 11th day of August, 2006.

RICHARD H. WEARE, CLERK

By: _____

Michael O'Brien
Chief Deputy Clerk